St. Louis, I. M. & S. R'y Co. v. Elias Jackson.

(No. 2618.)

Appeal from Bowie County.   Opinion by Willson, J.

Todd & Hudgins, counsel for appellant.

Vaughan & Leary, counsel for appellee.

§ 327. *Minor may sue by next friend, when.*   Elias Jackson, a minor, brought and prosecuted this suit by his next friend.   Said minor had no guardian in this state, but had a mother and step-father residing in the state of Arkansas.   *Held:* It is well settled that a minor who has no guardian may, in this state, maintain a suit by his next friend.   (Hays v. Hays, 66 Tex. 606; R'y Co. v. Styron, id. 421.)   The fact that Jackson had a natural guardian residing in another state did not deprive him of the right to maintain this suit by his next friend.

November 9, 1887.                               Affirmed.